## TOLEDO TRUST CO v SIMMONS

Ohio Appeals, 6th Dist, Lucas Co

Decided Oct 7, 1935

Yager, Bebout & Stecher, Toledo, for plaintiff in error.

Farber & Cochrane, Toledo, for defendant in error.

For full opinion see 6 OO 388; 52 Oh Ap 373.